NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOFTVIEW LLC,**
*Appellant*

v.

**KYOCERA CORPORATION, MOTOROLA MOBILITY LLC,**
*Appellees*

---

2014-1600

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2013-00007, IPR2013-00256.

---

## JUDGMENT

---

MORGAN CHU, Irell & Manella LLP, Los Angeles, CA, argued for appellant. Also represented by SAMUEL KAI LU, ALAN J. HEINRICH.

ERIC C. COHEN, Katten Muchin Rosenman LLP, Chicago, IL, argued for appellee Kyocera Corporation. Also represented by MICHAEL TOMSA, MICHAEL ADAM DORFMAN.

JOHN C. ALEMANNI, Kilpatrick Townsend & Stockton LLP, Winston-Salem, NC, argued for appellee Motorola Mobility LLC. Also represented by ADAM HOWARD CHARNES; DAVID A. REED, CANDICE C. DECAIRE, ALYSON L. WOOTEN, WILLIAM HENRY BOICE, Atlanta, GA; CHRISTOPHER SCHENCK, Seattle, WA.

JOSEPH MATAL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by SCOTT WEIDENFELLER, NATHAN K. KELLEY.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 9, 2015           /s/ Daniel E. O'Toole
        Date                Daniel E. O'Toole
                            Clerk of Court